## Commonwealth ex rel. Colwell, Appellant, *v.* Rundle.

Submitted December 14, 1964. *Edward Colwell,* appellant, in propria persona; *Benjamin H. Renshaw* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

MONTGOMERY, J., dissents.

FLOOD, J., took no part in the consideration or decision of this case.

## Commonwealth ex rel. DeBerry, Appellant, *v.* Russell.

Submitted April 12, 1965. *Donald Ray DeBerry,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.